1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,    )
                                    )

9            Plaintiff,       )
                                    )

10       v.             )    3:14-CR-021-LRH-(VPC)
                                    )

11 RAFAEL NAVARRO-GARCIA,    )
                                    )

12            Defendant.    )

13 **PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on September 8, 2014, defendant RAFAEL NAVARRO-GARCIA pled

15 guilty to Count One of a One-Count Indictment charging him with Felon in Possession of a Firearm in

16 violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea,

17 ECF No. 23; Plea Agreement, ECF No. 24.

18        This Court finds defendant RAFAEL NAVARRO-GARCIA agreed to the forfeiture of the

19 property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment. Indictment,

20 ECF No. 1; Change of Plea, ECF No. 23; Plea Agreement, ECF No. 24.

21        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22 has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

23 Allegation of the Indictment and the offense to which defendant RAFAEL NAVARRO-GARCIA pled

24 guilty.

25        The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

26 924(d)(1) and Title 28, United States Code, Section 2461(c):

1      a Jimenez Arms JA-Nine model, 9mm caliber semi-automatic handgun bearing

2      serial number 087512 and any and all ammunition

3  (all of which constitutes "property").

4      This Court finds the United States of America is now entitled to, and should, reduce the

5  aforementioned property to the possession of the United States of America.

6      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7  United States of America should seize the aforementioned property.

8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9  RAFAEL NAVARRO-GARCIA in the aforementioned property is forfeited and is vested in the

10  United States of America and shall be safely held by the United States of America until further order

11  of the Court.

12      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

15  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

16  name and contact information for the government attorney to be served with the petition, pursuant to

17  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

19  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

20  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

21  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

22  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

23  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

24  petition and the relief sought.

25      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

26  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

1  Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if

2  direct notice was not sent, no later than sixty (60) days after the first day of the publication on the

3  official internet government forfeiture site, www.forfeiture.gov.

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

5  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

6  following address at the time of filing:

7          Greg Addington
        Assistant United States Attorney

8          100 West Liberty Street, Suite 600
        Reno, NV 89501

9

10        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12  following publication of notice of seizure and intent to administratively forfeit the above-described

13  property.

14        DATED this 9th day of September, 2014.

15

16                                  _____
        LARRY R. HICKS

17          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26