UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES DISTRICT COURT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RAFAEL NAVARRO-GARCIA,<br><br>　　　　　　　　　　Defendant. | Case Nos. 3:12-cr-00124-LRH<br>　　　　　　3:14-cr-00021-LRH<br><br>MINUTE ORDER<br><br>November 26, 2018 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>　NONE APPEARING　</u>　　REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>　　　NONE APPEARING　　</u>

COUNSEL FOR DEFENDANT(S):  <u>　　　NONE APPEARING　　</u>

**MINUTE ORDER IN CHAMBERS**:

　　　It having come to the court's attention that defendant Rafael Navarro-Garcia is deceased (as of March 2, 2017), the arrest warrant issued on December 16, 2016, should be quashed.  Good cause appearing,

　　　IT IS HEREBY ORDERED that the December 16, 2016 warrant is QUASHED (ECF No. 67 in 3:12-cr-124, and ECF No. 35 in 3:14-cr-21).

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　By:  <u>　　　　/s/　　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk